IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX PEREZ,** | Case No. 2:17-cv-1379 CKD P |
| Petitioner, | **ORDER** |
| v. | |
| **ERIC ARNOLD, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until November 7, 2017 to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer. He may file and serve an opposition or statement of non-opposition within thirty (30) days of his receipt of a motion to dismiss, if any, and respondent may file with the Court and serve on petitioner a reply within fourteen (14) days of the date any opposition is filed.

IT IS SO ORDERED.

Dated: August 30, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1